**DEFAULT O/E JAD**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Heather S. Marsh<br>      Debtor | |
| JPMorgan Chase Bank, National Association,<br>its successors and/or assigns<br>      Movant<br>  v.<br>Heather S. Marsh<br>      Respondent<br>  and<br>James R. Walsh Esq., Trustee<br>      Additional Respondent | BK. NO. 16-70535 JAD<br><br>CHAPTER 7<br>Related to Docket # 14 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

  AND NOW, this 29th day of Sept, 2016, at Pittsburgh, upon Motion of JPMorgan Chase Bank, National Association, it is

  **ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 302 Main Street, Portage, PA 15946 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

                _____
                United States Bankruptcy Judge

FILED
9/29/16 1:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Heather S. Marsh
302 Main Street
Portage, PA 15946

MARY K. WHEELER ESQUIRE
413 South Center Street
Ebensburg, PA 15931
wheelesk2002@yahoo.com

James R. Walsh Esq.
P.O. Box 280 (VIA ECF)
Johnstown, PA 15907

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Heather S. Marsh
    Debtor

Case No. 16-70535-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: gamr     Page 1 of 1     Date Rcvd: Sep 29, 2016
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2016.
db          +Heather S. Marsh,   302 Main Street,   Portage, PA 15946-1306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2016 at the address(es) listed below:
            James R. Walsh    jwalsh@spencecuster.com,
             trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;kmaris@spencecuster.com
             ;jwalsh@ecf.epiqsystems.com
            Joshua I. Goldman    on behalf of Creditor   JPMorgan Chase Bank, National Association
             bkgroup@kmllawgroup.com
            Mary K. Wheeler    on behalf of Debtor Heather S. Marsh wheelesk2002@yahoo.com,
             wheelesk2002@yahoo.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                                   TOTAL: 4